"A VERIFIED PETITION FOR FEDERAL WRIT OF HABEAS CORPUS UNDER 28 U.S.C. SECTION 2241"

BEREC ZOLTAN A 024632928
PLYMOUTH COUNTY CORRECTIONAL FACILITY
26 LONG POND ROAD C-3 CELL # 406
PLYMOUTH, MA 02360
PCCF ID # 036943

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS
JOHN JOSEPH MOAKLEY U.S. COURTHOUSE
1 COURTHOUSE WAY, BOSTON MA 02210

I BEREC ZOLTAN REQUEST THAT THE I.N.S. REVIEW MY CUSTODY STATUS BECAUSE I BELIEVE THAT I QUALIFY FOR AN ORDER OF SUPERVISION. SPECIFICALLY I HAVE BEEN IN OVER 180 DAYS AFTER BEING ORDERED REMOVED, AND IT IS UNLIKELY THAT I WILL BE DEPORTED TO CZECHOSLOVAKIA IN THE REASONABLY FORESEEABLE FUTURE. I AM NOT A DANGER TO PUBLIC SAFETY, AND I AM NOT A FLIGHT RISK.

I ENTERED THE UNITED STATES ON SEPTEMBER 15th, 1982 AT PORT OF NEW YORK AS A REFUGEE. I HAVE THE FOLLOWING FAMILY MEMBERS IN THE UNITED STATES.

WIFE: DANA BEREC        230 PARK STREET, ATTLEBORO, MA 02703
SON:                    230 PARK STREET ATTLEBORO, MA 02703
DAUGHTER:               57 PROSPECT STREET TAUNTON, MA 02780
GRANDAUGHTER:   VICTORIA DEAN BEREC

2.

I HAVE NOT BEEN INFORMED (AS TO) WHY THE I.N.S. HAS BEEN UNABLE TO DEPORT ME. I HAVE NOT BEEN PROVIDED, AND I HAVE NOT BEEN PROVIDED ANY INSTRUCTION OR EXPLAINATION SINCE BEING ORDERED DEPORTED SEPTEMBER 17, 2003. I REQUESTED MY CONSULATE, INS STATED CZECHOSLOVAKIA HAS ONLY AN EMBASY IN NEW YORK. I WAS NOT PROVIDED A TELEPHONE CALL, A TELEPHONE NUMBER, OR AN ADDRESS. DESPITE NUMEROUS WRITTEN REQUESTS, ONE SPECIFICALLY REQUESTING MY DEPORTATION OFFICER, I WAS DENIED ALL REQUESTS, BOTH IN WRITING AND VERBALLY, BY THE SUPERVISING I.N.S. AGENT WHO STATED ALL FUTURE REQUESTS WOULD BE "TRASHED". IN THE PROCEEDING SHAKE DOWN SUFFOLK COUNTY CORRECTIONAL OFFICERS CONFISCATED MY LEGAL PAPER WORK, READING GLASSES AND DENTURES. THESE ITEMS WERE NOT RETURNED.

IN NORTH DARTMOUTH H.O.C. I COMPLETED BOTH SUBSTANCE ABUSE AND ANGER MANAGMENT TREATMENT PROGRAMS. THROUGH THESE EXPERIENCES I HAVE GAINED A NEW UNDERSTANDING AND DEEP EMPATHY FOR THOSE I HAVE PREVIOUSLY MISTREATED. AS A RESULT I WILL NOT AGAIN SOCIALIZE OR SHARE HOUSING WITH PERSONS WHO ABUSE ALCOHOL OR OTHER DRUGS. THIS IS PARAMOUNT IN MAINTAINING STABLE SUPPORTIVE, AND MEANINGFUL RELATIONSHIPS WITH MY CHILDREN AND GRANDDAUGHTER. I MISS THEM AS IF IT WERE A DEATH
UPON RELEASE I AM EXPECTED TO RETURN TO WORK AT MIDAS AUTO SERVICE EXPERTS, 1640 MINERAL SPRING AVENUE, NORT PROVIDENCE R.I. 02360 WHERE I AM AN ASE CERTIFIED MECHANIC.

U.S. District Courthouse
1 Courthouse Way
Boston MA ~~02520~~ 02210

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASS.
JOHN JOSEPH MOAKLEY U.S. COURTHOUSE,
1 COURTHOUSE WAY, BOSTON MA 02210
(617) 748-9152; FAX (617) 748-9096;

CHIEF JUDGE WILLIAM G YOUNG, SUITE 5710
LAW CLERKS GIFFORD CARTER    TED OVERLAND
            TIMOTHY CASEY    JAMES MAYER

DISTRICT JUDGE JOSEPH L. TAURO, SUITE 7110
COURTROOM CLERK CATHERINE GAWLIK