UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

BEREC ZOLTAN,[1]

                                    2004 JUN 30 ₱ 2:55

       Petitioner

                                  Civil Action No.
     v.                         04cv11174-RWZ

I.N.S.,

       Respondent

## MOTION TO DISMISS

Respondent[2] moves to dismiss this action pursuant to Fed. R. Civ. P. rule 12(b)(1) for mootness.

                        Respectfully submitted,

                        MICHAEL J. SULLIVAN
                        United States Attorney

    By:

                        FRANK CROWLEY
                        Special Assistant U.S. Attorney
                        Department of Homeland Security
                        P.O. Box 8728
                        J.F.K. Station
                        Boston, MA 02114
                        (617) 565-2415

---

[1] The records of the Department of Homeland Security, Bureau of Immigration and Customs Enforcement, show that the petitioner's true name is Zoltan BEREC, and not as captioned above.
[2] The responsive official of the Department of Homeland Security having control of petitioner's immigration custody in the instant action is Bruce Chadbourne, Field Director for Detention and Removal, Bureau of Immigration and Customs Enforcement ("ICE") in Boston, Massachusetts.

## CERTIFICATE OF SERVICE

I hereby certify that I caused true copy of the above document to be served upon pro se petitioner by mail on June 30, 2004.

FRANK CROWLEY
Special Assistant U.S. Attorney
Department of Homeland Security
P.O. Box 8728
J.F.K. Station
Boston, MA 02114