UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ZOLTAN BEREC
        Petitioner

                                                      CIVIL ACTION

        V.

                                                      NO. <u>04CV11174-RWZ</u>

I.N.S.
        Respondent

<u>ORDER OF DISMISSAL</u>

<u>ZOBEL, D. J.</u>

     In accordance with the Court's Endorsed Order dated <u>7/22/04</u> summarily dismissing this petition for writ of habeas corpus under 28 U.S.C. §2241, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

                                                                           By the Court,

<u>7/23/04</u>                                          <u>s/ Lisa A. Urso</u>
Date                                                Deputy Clerk

(2254dism.ord - 09/92)                                                                                                  [odism.]